# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 07-CR-0120 LJO |
| Leslie Ann Flournoy ) | |
| ) | |

**FILED AUG 20 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Leslie Ann Flournoy_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

That the following condition be added to the conditions of my release: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for the costs as approved by the Pretrial Services Officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   Aug. 14th, 2007        _____   8-14-07
Signature of Defendant                Date                        Pretrial Services Officer            Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              8/17/07
Signature of Assistant United States Attorney                Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              8-14-07
Signature of Defense Counsel                                 Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _8/17/07_.
☐ The above modification of conditions of release is *not* ordered.

_____                              8/17/2007
Signature of Judicial Officer                                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services