UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

FILED
SEP 0 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK



The United States,

-vs-

Leslie Ann Flournoy                    Docket No. 1:07-CR-120 LJO

**COMES NOW** <u>Montgomery L. Olson</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Leslie Ann Flournoy</u>, who was placed on bond by the Honorable <u>Dennis L. Beck, U.S. Magistrate Judge</u>, sitting in the Court at Fresno, California, on the <u>11th</u> day of <u>May</u>, 20<u>07</u>, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** False Claims to the Internal Revenue Service and Aiding and Abetting; and, Bank Fraud and Aiding and Abetting.

**BOND CONDITIONS:** <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 27, 2007, the defendant failed to report for her substance abuse counseling session. On August 21, 2007, the defendant submitted a urine sample that subsequently tested positive for amphetamine and methamphetamine.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued for the defendant's arrest and that she be held without bail pending a bond violation hearing.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,
*Montgomery L. Olson*
MONTGOMERY L. OLSON
Pretrial Services Officer
DATE: September 4, 2007

***ORDER***

✓ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ <u>No Bail</u>.
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____.
___ The Court hereby orders this matter placed on this court's calendar
      on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

Considered and ordered this <u>4th</u> day of
<u>Sept</u>, 200<u>7</u>, and ordered filed and
made a part of the records in the above case.

_____
U.S. ~~Magistrate Judge~~/U.S. District Judge

## CONDITIONS OF RELEASE

1. You are released on a $2,000 unsecured bond signed by Debra Huston;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of Debra Huston;

5. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

6. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer;

7. You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used;

8. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

9. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

10. You shall not associate or have any contact with any defendants in any related cases unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer; and,

11. You shall clear any outstanding warrants within 30 days of your release from custody.

On August 17, 2007, the defendant's conditions of release were modified to include the following additional condition:

12. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.