UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.    1:07-cr-00120-LJO |
| | ) | |
| vs. | ) | **ORDER OF DETENTION FOLLOWING** |
| | ) | **REVOCATION OF PREVIOUSLY SET** |
| LESLIE ANN FLOURNOY, | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A.    <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's
   motion for revocation of the previous order for release, the Court orders the
   previous conditions of pretrial release revoked and this defendant detained.

B.    <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the
   defendant's detention because it finds:

   _____ (1)    There is probable cause to believe this defendant has committed
              a Federal, State, or local crime while on release.

                              **or**

   __X__ (2)    There is clear and convincing evidence that this defendant has
              violated a condition or conditions of release.

                              **and**

   _____ (3)    That based on the factors set forth in § 3142(g), there is no
              condition or combination of conditions of release that will assure
              that this defendant will not flee or pose a danger to the safety of
              any other person or the community; or,

   __X__ (4)    That this defendant is unlikely to abide by any condition or
              combination of conditions of release.

   _____ (5)    That this defendant has not rebutted the rebuttable presumption
              contained in 18 U.S.C. § 3148(b) that no condition or combination
              of conditions will assure that the person will not pose a danger
              to the safety of any other person or the community based upon the
              existence of probable cause to believe that, while on release, the
              defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

**Dated:    September 17, 2007**              **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE