

NOV 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )      No. 1:07-CR-00120
                          )
    vs.                   )      ORDER OF RELEASE
                          )
LESLIE ANN FLOURNOY,      )
                          )
        Defendant.        )
_____)

The above named defendant having been sentenced to Time Served on November 30, 2007.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: Nov 30, 2007

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1